IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
OCT - 1 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SUPPLEMENTAL |
| ) | INFORMATION |
| Plaintiff, ) | |
| ) | JUDGE BENITA Y. PEARSON |
| v. ) | |
| ) | CASE NO.: 4:19 CR 56 |
| THOMAS BAILEY, ) | |
| ARTHUR H. SMITH, ) | Title 21, United States Code, Sections |
| ) | 841(a)(1), (b)(1)(E); Title 18, United States |
| Defendants. ) | Code, Section 2 |

COUNT 1
(Dispensing of a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(E))

The United States Attorney charges:

From on or about January 1, 2017 until on or about October 3, 2017, in the Northern District of Ohio, Eastern Division, Defendants THOMAS BAILEY and ARTHUR H. SMITH did knowingly and intentionally dispense a mixture and substance containing a detectable amount of buprenorphine, a Schedule III controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E) and Title 18, United States Code, Section 2.

JUSTIN E. HERDMAN
United States Attorney

By: _____
DAVID M. TOEPFER
Deputy Chief, Criminal Division